IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY ORLANDO FANN,            :
                                 :
    Petitioner                   :
                                 :
    v.                           :    CIVIL NO. 4:CV-14-456
                                 :
VINCENT T. MOONEY,               :    (Judge Brann)
                                 :
    Respondent                   :

## **ORDER**

April 22, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1. Fann's habeas corpus petition is **DENIED.**

    2. The Clerk of Court is directed to **CLOSE** this case.

    3. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

    s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1